IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK GEMMELL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv- 00579

Judge Rebecca R. Pallmeyer

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 156 | Moonlight Home |
| 137 | Moli Trading Co Ltd |
| 20 | LCJBGIK898 |
| 150 | YUCHENTRADE |
| 151 | Xiyasi Home Furnishings |
| 5 | Lofaris Welkin |
| 87 | SmartCustom Shop |
| 98 | lilamaoyi |
| 100 | ZebraForest Shop |
| 101 | FeiSu Shop |
| 163 | Garden Shop |
| 54 | RABUSOFA |
| 21 | Colorful Billion |
| 157 | Feiyi home textile |
| 97 | zhengduduo shop |
| 148 | BK sports |
| 153 | GN Select Mall |
| 24 | Beautiful Nomad |
| 133 | yetton |
| 158 | BAEMEFLE Canvas Aesthetic |
| 36 | fengyuyi |

| | |
|---|---|
| 19 | ERyiming |
| 40 | Round Forest |
| 76 | Ginkgo Ginkgo |
| 166 | WWW Nice |

DATED:  March 6, 2024 

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 6, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt