**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK GEMMELL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv- 00579

Judge Rebecca R. Pallmeyer

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 64 | DEGICOR |
| 2 | LoveTaoTao |
| 16 | MyCanvas wall art |
| 129 | Wealthy home textiles |
| 125 | YiWuYuyanHomeTextileCoLTD |
| 8 | FUGIDOG |
| 18 | GOODOLD |
| 33 | ZHSSS |
| 15 | AngelSept Store |
| 23 | Fabufans |
| 96 | ChongYan Co.Ltd |

| | |
|---|---|
| 46 | SIX-DIMENSIONAL |
| 102 | AEONSLOVE SHOP |

DATED: March 13, 2024    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt